AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   3:23-sw-83
ROOM A232, BUILDING 11107, FORT )
GREGG-ADAMS, VA 23801 )
)

RECEIVED JUN - 5 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, incorporated herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein

**YOU ARE COMMANDED** to execute this warrant on or before ___June 16, 2023___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Mark R. Colombell, United States Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:   JUNE 2, 2023 @ 3:05 PM           /s/ MRC
                                                         Mark R. Colombell
                                                         United States Magistrate Judge
                                                         *Judge's signature*

City and state:   Richmond, Virginia              Mark R. Colombell, United States Magistrate Judge
                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>3:23-sw-83 | Date and time warrant executed:<br>6/5/2023  11:10 a.m. | Copy of warrant and inventory left with:<br>In residence |
| Inventory made in the presence of: None | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attachment. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/5/2023

*Executing officer's signature*

Jamil Johnson
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305H-RH-3659413

On (date): June 5, 2023

item (s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Deklyn Blaine Butler

(Street Address) A232 Building 11107

(City) Fort Gregg-Adams, Virginia

Description of Item (s):

1) Grey Laptop, Latitude 3189 Serial Number: 3LM78H2
2) Samsung Galaxy S9 Black, cracked screen
3) Lenovo Laptop, Serial number: PF2RWHFC; Blue
4) Centon external hard drive, gray with black cord
5) Black LG Phone Verizon 4G LTE
6) Black Samsung Phone; Serial Number: R5CT43AH6KE

MB

Received By: [signature]

Printed Name/Title: Kathryn Weber

Received From: _____

Printed Name/Title: _____